UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIVE BRANCH ENTERPRISES, INC. Docket Number:

Plaintiff,

VERIFIED COMPLAINT

-against-

AMAZON.COM SERVICES, INC.

Defendant.

Plaintiff, OLIVE BRANCH ENTERPRISES, INC. ("Olive Branch"), by its attorney, AVROM R. VANN, P.C., As and for its Verified Complaint states:

Jurisdiction and Venue

1. Pursuant to 28 U.S.C. Section 1332 this Court has jurisdiction over this Action because it is between citizens of different states, and the amount in controversy is greater than $75,000, exclusive of interest and costs. Therefore, this Action is properly commenced in this Court.

2. Pursuant to 28 U.S.C. §1332(c)(1) a corporation is deemed to be a citizen of every State in which it is incorporated and the State in which it has its principal place of business. Venue is proper in this District. Upon information and belief, Defendant, Amazon.com Services, Inc. ("Amazon") is a corporation organized and existing under the laws of the State of Delaware and has regular and established places of business within the State of New York, to wit, a physical place in this district which is a regular and established place of business and is a place of business of Amazon.

## The Facts

3. Olive Branch is a New York corporation having its office and principal place of business at 46 Main Street, Monsey, New York.

4. Upon information and belief Defendant, Amazon, is a Delaware corporation having its office and principal place of business at CSC 300 Deschutes Way SW, Turnwater, Washington.

5. Upon information and belief Defendant, Amazon, maintains one or more places of business within the State of New York some of which are located within the territorial district of this Court.

6. Upon information and belief Defendant, Amazon, regularly transacts business within the State of New York and within the territorial district of this Court.

7. Olive Branch has had a business relationship with Amazon for approximately eight years. During this time Olive Branch has sold approximately $400 million of merchandise utilizing the Amazon portal and website. In consideration of its use of the Amazon portal and website to sell its merchandise, Olive Branch during the past approximately eight years has paid Amazon fees in excess of $100,000.00.

8. Olive Branch primarily sells small electronics utilizing the Amazon portal and website. The electronic products sold by Olive Branch are primarily manufactured by established companies known and familiar to consumers. The electronic products which are sold by Olive Branch include but are not limited to vacuum cleaners, coffee machines, electronic thermostats, copy machines, leaf blowers, computer screens, and mixers.

9. During their eight year association conducted consistent with Amazon's practices and procedures, there have not been any major consumer complaints with respect to the products purchased from Olive Branch by consumers on the Amazon website. To the extent that purchasers of Olive Branch's products made any complaint, Amazon resolved those complaints directly with the consumers either by replacing an item or processing a refund. At no time did Amazon advise Olive Branch that consumer complaints were excessive, unfounded or were based upon receiving a product which was not as advertised and genuine.

10. Not once during the prior eight years did Amazon raise any issue with respect to the genuineness of the merchandise being offered for sale on its website by Olive Branch.

11. Periodically, from time to time, Amazon reviewed its relationship with Olive Branch. As part of these reviews, Olive Branch was requested to submit to Amazon copies of documentation consistent with Amazon's protocols. Olive Branch dutifully responded to all requests made of it by Amazon and supplied full documentation to each of Amazon's requests including items such as invoices for Olive Branches purchase of the merchandise. Amazon's requests were always limited to a finite number of specific items of merchandise and for a reasonable time interval. Amazon never notified Olive Branch that it had any dissatisfaction with Olive Branch's response to the review, the documentation and information supplied, and most importantly Amazon never raised any issue or concern about the quality of the merchandise being offered for sale by Olive Branch on the Amazon website.

12. On June 25, 2023 Amazon notified Olive Branch that because it had maintained a high Account Health Rating, Olive Branch was being enrolled by Amazon in Amazon's Account Health Assurance (AHA) status. The notification to Olive Branch, a copy of which is annexed to

the Affidavit of Joseph Oberlander in Support of Order to Show Cause with Temporary Restraints affirmed to on January 3, 2025 (hereinafter the "Oberlander Aff") as Exhibit "1" stated:

> Dear Olive Branch Enterprises,
>
> Congratulations! Because you've maintained a high Account Health Rating, you're now enrolled in Account Health Assurance (AHA).
>
> With Account Health Assurance, we will not deactivate your selling account provided you work with us to resolve any issues. It is a new benefit designed to give you greater peace of mind as you grow your business with Amazon. There is no charge for AHA.
>
> How does it work?
>
> Any time we identify critical policy issues with your selling account, an account health specialist will personally review the issues and proactively work with you to resolve them. As long as we can reach you within 72 hours and you work with us to resolve the issues, your account will not be deactivated. (Emphasis added)
>
> Our team will contact you on the emergency contact number you've provided, so please make sure that it is always up to date in Notification Preferences.
>
> As a reminder, you also have access to Account Health Support if you have any questions, want help addressing issues, or advice on maintaining great account health. Use the "Call Me Now" button on your Account Health page in Seller Central to reach us. You can find more information about the program on the help

article, and you can monitor your account health performance to ensure you have uninterrupted access to the program on the eligibility page.

Do I need to do anything to maintain my AHA enrollment status?

In addition to working with us within 72 hours when we reach out to you to resolve issues, you must continue to maintain an AHR score of 250 or more for at least 6 months with no more than 10 days below 250, and have a valid emergency contact number on file.

Thank you for all you do to help us keep Amazon a safe and trustworthy place to shop. We value your business.

Sincerely,

Amazon

13. Many of the items of merchandise sold by Olive Branch on the Amazon website are utilized by Consumers as gifts for families and friends. Therefore, the end of each calendar year is the time when a major portion of Olive Branch's sales on the Amazon website occurs.

14. In anticipation of Black Friday each year including the year 2024, it is a time when Olive Branch delivers vast quantities of its merchandise (the "Merchandise") to Amazon, anticipating the sale of that merchandise during the holiday season.

15. The procedure for the sale of the Merchandise is that Olive Branch delivers the Merchandise to Amazon, which Amazon receives, retains in one or more of its storage and shipping locations, and from which, upon receipt of orders from customers, Amazon ships the ordered Merchandise directly to the customer placing the order. Amazon collects the selling

price of the Merchandise from the Customer, deducts Amazon's fees and charges from those collections, and remits the balance to Olive Branch.

16. Amazon itself recognizes that Black Friday is an important part of annual sales. Accordingly, Amazon itself notified Olive Branch on July 29, 2024 of the importance of Merchandise being timely delivered to Amazon in order to permit Amazon to be fully prepared for the avalanche of sales expected on or about Black Friday. On July 29, 2024 Amazon sent the following instructions to Olive Branch:

> Hello,
>
> The busy holiday season is approaching, which means it's time to start sending in your inventory.
>
> We want you to succeed this peak season, and to ensure you have enough products in stock for the holidays, we recommend sending your FBA inventory to fulfillment centers in August and September.
>
> Inventory must arrive at our fulfillment centers by October 19, 2024, to guarantee it's Prime badge-ready by Black Friday.
>
> Our fulfillment center teams will be focused on receiving inventory in September and October to ensure your products are placed in the right fulfillment centers ahead of peak.
>
> <u>In November and December, we'll shift our focus to processing customer orders as this is our busiest time of year</u>. (Emphasis added)
>
> Note: We'll have limited slots to accept your shipments at our fulfillment centers during November and December.

This seasonal shift helps us ensure faster delivery speeds and maximizes your sales potential during the holidays. Also, you may see lower estimated capacity limits for October and November. On average, the estimated capacity limits for October and November provide enough storage for six months of inventory.

The Capacity Monitor tool helps you stay up-to-date on capacity limits. You can now view estimated capacity limits for October, and November capacity limits will be available starting August 20. All date recommendations are subject to change.

Additionally, to help you simplify operations and manage your inventory more efficiently during peak, we eliminated the overage fee for storage effective July 1, 2024. This means you will not incur overage fees starting in July and moving forward.

You can find more recommendations and best practices for a successful holiday season in the peak readiness playbook.

The Amazon Services team

17. A copy of Amazon's July 29, 2024 instructions to Olive Branch is annexed to the Oberlander Aff as Exhibit "2".

18. Olive Branch's sales of its Merchandise during the holiday season during the year 2023 was approximately $5,000,000.00. Accordingly, in anticipation of the 2024 holiday season, beginning in September, 2024 Olive Branch delivered approximately $4 million of Merchandise to Amazon (supplementing the Merchandise then already held by Amazon) in order

that Amazon would have sufficient quantities of Merchandise to ship to customers ordering Olive Branch's Merchandise during the holiday season of 2024.

19. Communications between Olive Branch and Amazon are conducted on the Amazon portal which Amazon maintains for use by its vendors. Documentation exchanged between Olive Branch and Amazon such as invoices, reports, inventory status, status of payments, and many other exchanges during the ordinary course of business all take place by utilizing the Amazon portal.

20. By utilizing the portal, Olive Brach was able to observe the quantity and volume of customer orders, inventory balances, funds received for its account by Amazon and many other items of like import.

21. On or about October 25, 2024, Olive Branch's observed that its inventory of Merchandise was placed on "reserve" status.

22. As a consequence of the Merchandise being placed on "reserve status" Amazon would not be accepting customer orders for Olive Branch's Merchandise which had been placed on reserve status nor shipping any of the Merchandise placed on reserve status to customers.

23. For Olive Branch this was a full disaster.

24. Prior to Amazon placing of the Merchandise on "reserve status" there had been no indication to Olive Branch of any issues or concerns about Olive Branch's Merchandise.

25. From and after the time that Olive Branch was enrolled in Amazon's Account Health Assurance, Olive Branch relied upon Amazon's commitment that it would not deactivate Olive Branch's selling account provided that Olive Branch worked with Amazon to resolve any issues. Amazon had previously assured Olive Branch that at any time it identified any critical

policy issues with Olive Branch's selling account, an account health specialist will personally review the issues and proactively work with Olive Branch to resolve them. Amazon had clearly stated that as long as we can reach you within 72 hours and you work with us to resolve the issues, your account will not be deactivated.

26. Prior to Amazon placing of the Merchandise on "reserve status" and vontrary to its written undertaking and agreement, Amazon had not given any prior advance indication to Olive Branch that any issues existed pertaining to Olive Branch's Merchandise.

27. Olive Branch immediately reacted by sending an email on Monday, October 28, 2024 to Charles Wright (hereinafter "Wright"), who Olive Branch understood to be a member of Amazon's Legal team, a copy of which is annexed to the Oberlander Aff as Exhibit "3" in which Olive Branch specifically stated that it had absolutely no advance warning of any such restrictive steps to be taken by Amazon and, to the contrary Olive Branch had just completed a very satisfactory review of the type periodically conducted by Amazon. The email to Charles Wright stated:

> Hello Charles
>
> Forgive me for reaching out directly to you, but I would need your help with kindly looking into this matter.
>
> Im a substantial seller, doing millions per year in sales. I currently have $7million worth of goods at FBA.
>
> Yesterday, out of the blue, I noticed that MOST of my inventory is suddenly gone from active FBA selling status, and marked as IN RESERVED status.
>
> This means, my daily sales suddenly went from $70k to a mere $2k per day. I cannot continue running my business whilst generating 2% of my usual cashflow. I have no operational income if Amazon has moved five million dollars worth of goods into reserved.

> I have no idea what prompted this. I received no email. No phone call. No nothing from Amazon explaining this sudden action.
>
> It all seems like a huge mistake.
>
> Some background: About 2 weeks ago, I had a successful video interview with abueck@amazon.com. This guy stated that I have successfully passed my verification interview and he stated that Amazon is happy with my documents, my suppliers, and my selling processes. What's more - I discussed exactly this problem with this Amazon representative. I explained that it is very difficult being an Amazon Selling Partner with little to NO communication before any drastic action is taken on my account. I can hardly sleep at night due to this lack of communication with legitimate third party selling partners like myself. This rep agreed and explained that efforts will be made to improve the communication on Amazon's part, to alleviate some of the drastic draconian actions sometimes happening by Amazon.
>
> And a mere 2 weeks later, I am finding myself in this situation with Five Millions dollars worth of goods suddenly moved completely away from sellable, essentially frozen and locked at FBA.
>
> I am hopeful, Charles, that this is a mistake and a quick review of my account will help to move all my goods back to Sellable.
>
> I am happy to provide any information you wish. Please communicate with me and look into this so this urgent matter can be resolved swiftly.
>
> Thank you
>
> Joseph Oberlander
>
> Olive Branch Enterprises

28. Although Wright promptly responded that he would look into it, notwithstanding Olive Branch's multiple subsequent requests to him and others at Amazon Olive Branch never received any response from Wright or any other person at Amazon.

29. When Olive Branch did not receive a response to its October 28, 2024 email to Wright, Olive Branch sent an email to David Zapolsky ("Zapolsky") at Amazon, a copy of which

is annexed to the Oberlander Aff as Exhibit “4". In that email Olive Branch implored Zapolsky to investigate the matter and to rectify the matter. Olive Branch’s email to Zapolsky stated:

> From: Olive Branch <olivebranchents@gmail.com>
> Sent: Tuesday, November 5, 2024 6:23 PM
> To: Davidz@amazon.com
> Subject: $5mm in FBA reserved inventory. Suddenly!
>
> Mr Zapolsky,
>
> Olive Branchhave no idea why suddenly, one day last week, 90% of my active, sellable inventory was unexplainably moved to Reserved status.
>
> This means, I'm now operating at a fraction of my usual capacity with very low sales.
>
> This all seems like a big mistake.
>
> 5 million dollars worth of goods is now marked as reserved. This is a huge sum and a huge issue for me.
>
> Olive Branchneed urgent help to fix this issue please.
>
> I've emailed Charles Wright who promised to look into the matter for me. This was last week and for some reason, since then, I've been unable to reach him.
>
> So far, the issue persists.
>
> This is super urgent and I'd greatly appreciate an emergency fix.
>
> Thank you
>
> Joseph

30. When Olive Branch did not receive a response to its October 28, 2024 email to Wright nor to my email of November 5, 2024 to Zapolsky, Olive Branch sent an email to A. Jassey, whom Olive Branch understood to be one of the executives at Amazon. In this email, a copy of which is annexed to the Oberlander Aff as Exhibit “5", Olive Branch specifically

discussed the fact that Amazon had moved $5 million worth of the Merchandise from active status to reserve status resulting in Olive Branch now having a fraction of the sales it used to have and that this was done without any advance notification to Olive Branch with no information provided to Olive Branch. The email stated:

> From: Olive Branch <olivebranchents@gmail.com>
> Sent: Monday, November 11, 2024 4:31 PM
> To: ajassy@amazon.com
> Subject: $5mm worth of inventory suddenly moved to reserved status. No sales!
> Dear Exec Jassy
> Please could you help me and assign someone on your team to look into my pressing matter?
>
> Amazon moved $5 million worth of my FBA goods from active status to reserved.
>
> This means, Olive Branchnow have a fraction of the sales a used to have.
>
> This seems like an error on Amazon's part as there was no email or notification sent to me.
>
> No information given whatsoever.
>
> If Amazon wishes to review my inventory, no problem, but Olive BranchShou (sic) at least be notified of such and requested information.
>
> My inventory is frozen indefinitely with no one to speak to. I've emailed repeatedly. The last was an email Olive Branchsent to Mr Zapolsky which went unanswered.
>
> Olive Branchalso emailed Mr Wright who promised to look into the issue for me, but since then, two weeks ago, Olive Branchhave heard nothing.
>
> This is beyond urgent.
>
> As of 2 days ago, Amazon has started charging me for storage fees.
>
> This is insane. Olive Branchcannot operate my business like this. Olive Branchneed my sales and cashflow in order to fund my business. Please fix urgently.

Thank you

Joseph Oberlander

31. Vastly complicating this entire situation is a request (the "Request") received from Amazon on Monday, December 23, 2024 seeking an enormous amount of documentation for a vast number of items of merchandise. The Request, a copy of which is annexed to the Oberlander Aff as Exhibit "6", requested an immense amount of documentation for each of 407 separate items of the Merchandise offered for sale by Olive Branch on Amazon. The Request further advised that the response of Olive Branch was due within 30 days and if the response was not made that Amazon would destroy all of the Merchandise inventory of Olive Branch. The Request stated:

> Hello Olive Branch Enterprises,
>
> We are writing to let you know that you have Fulfillment by Amazon inventory that is under review for authenticity. During this review, your listings may be deactivated and you will be unable to initiate a removal request for any impacted inventory. This review is separate from any action regarding the status of your account. If you do not respond to this message within 30 days, your inventory will be destroyed in accordance with the "Unsuitable inventory investigations policy".
>
> Your response should address all of the following ASIN(s):

ASIN(s) are identifying numbers used by Amazon to describe each separate item of Merchandise. The Request listed 407 ASIN(s).

The Request further offered what is clearly a blanket explanation as to why the information was being requested (basically a boiler plate) stating:

> Why is this happening?
>
> We are considering this action because we have determined that your inventory may be counterfeit. The sale of counterfeit products is strictly prohibited, and items sold on Amazon must adhere to all applicable laws and Amazon policies. Failure to abide by these policies may result in loss of selling privileges, funds

being withheld, destruction of inventory in our fulfilment centres and other legal consequences.

How do Olive Branchdemonstrate authenticity?
In order to demonstrate the authenticity of your inventory, please provide supply chain documents demonstrating that your inventory consists of genuine products. A plan of action is not necessary, and there is no required format for your response. Please submit documents such as:

– Invoices and receipts. You may remove pricing information, but the rest of the document must be visible. For ease of our review, you may highlight or circle the ASINs under review.
– Supplier information including supplier name, supplier phone number, supplier address and website.
– Item descriptions.
– Item quantities
– Import or export documents such as bills of lading, commercial invoices and packing lists.
– Brand letters authorising your use of trademark, design, patent or copyright.

You should only send .pdf, .jpg, .png or .gif files. These documents must be authentic and unaltered.

How do Olive Branchsend the required information?
Within 30 days of this notification, submit this information to mailto:inventory-appeals@amazon.com.

What happens if Olive Branchdo not send the requested information?
If within 30 days of the original notification we do not receive the requested information or if you are unable to demonstrate the authenticity of your products, the relevant inventory under review may be destroyed in accordance with the "Unsuitable inventory investigations policy".

We are here to help:
If you have questions, please review the following policies on Seller Central:

– Unsuitable inventory investigations policy at https://sellercentral.amazon.com/gp/help/H4YYXNDRW9BSZEN
– Amazon Anti-Counterfeiting Policy at https://sellercentral.amazon.com/gp/help/201165970

Has this review been conducted in error?

– If you believe that the products under review are authentic, and are permitted for sale on Amazon, please include evidence or

> documentation demonstrating that your account has not violated our policies listed above and we will investigate.
> – If we confirm that your products do not violate our policies, we will release the inventory to you upon completion of our review.
>
> Regards,
> Amazon Services

32. In the Request Amazon did not identify a single item of the Merchandise which it believed to be counterfeit, did not identify a single invoice which it contended was not genuine, nor did Amazon provide any explanation as to why this massive, burdensome and extraordinary Request was being made shortly after a regular routine examination conducted by Amazon concluded that Olive Branch was operating consistent with Amazon's policies, rules and procedures.

33. On January 2, 2025 Amazon responded stating that Amazon received Olive Branch's submission but was unable to reactivate Olive Branch's account. Amazon further stated that upon review of Olive Branch's account, Amazon confirmed that Olive Branch's seller account has been used to engage in deceptive, fraudulent, or illegal activity that harms our customers, other selling partners, and our store. Additionally, the impacted inventory that is listed at the end of the notification may be disposed in accordance with the "Unsuitable Inventory Investigations Policy". Once again, this latest email from Amazon, a copy of which is annexed to the Oberlander Aff as Exhibit "7", and which is incorporated herein with the same force and effect as if spread at length herein, did not provide any details of the alleged deceptive, fraudulent or illegal activity making it impossible for Olive Branch to provide Amazon with documentation

to refute Amazon's allegations. Amazon reiterated that it intends to dispose of Olive Branch's inventory of Merchandise. The January 2, 2025 email sent by Amazon to Olive Branch stated:

> From: Amazon <no-reply@amazon.com>
> Sent: Thursday, January 2, 2025 9:01 AM
> To: olivebranchents@gmail.com
> Subject: Your Amazon.com Seller Account
>
> Dear Seller,
>
> We received your submission but we are unable to reactivate your account. Upon review of your account, we confirmed that your Amazon seller account has been used to engage in deceptive, fraudulent, or illegal activity that harms our customers, other selling partners, and our store. Additionally, the impacted inventory that is listed at the end of the notification may be disposed in accordance with the "Unsuitable Inventory Investigations Policy". Our policy can be found here:
> https://sellercentral.amazon.com/help/hub/reference/GH4YYXNDRW9BSZEN.
>
> Why is this happening?
> Your Amazon seller account has been deactivated in accordance with section 3 of Amazon Business Solutions Agreement.
>
> You can also visit the "Selling Policies and Seller Code of Conduct" Amazon policy:
> https://sellercentral.amazon.com/gp/help/G1801
>
> Thank you,
> Amazon

34. After eight years of doing business together, after being praised by Amazon for the manner in which Olive Branch transacts business, after being assured that Amazon would not take any such drastic steps without first communicating with Olive Branch and trying to resolve in good faith any issues which might arise, Olive Branch was suddenly confronted with substantially all of the Merchandise being placed on "reserve", and being presented with a list of 407 different items requiring a massive

amount of document assembly and production including but not limited to requiring Olive Branch to obtain documents from third parties, all of which was made particularly difficult since Amazon did not identify even a single counterfeit item and based the Request solely upon its undocumented and unsupported determination “that your inventory may be counterfeit”. Amazon’s list of requested items and information was not and is not a good faith, bona fide, reasonable and responsible manner of conducting business.

35. Moreover notifying Olive Branch that Merchandise inventory presently valued at between $4,000,000 and $5,000,000 will be destroyed, without even affording Olive Branch an opportunity to reclaim the Merchandise in entirely unjustified, is unreasonable, arbitrary and unconscionable and is not a commercially reasonable demand, request or act.

36. Amazon has caused enormous monetary damages to Olive Branch. Placing the merchandise on “reserve” status precluding the sale of the Merchandise during the 2024 holiday season has resulted in Olive Branch losing sales which would have generated approximately $5,000,000 in gross proceeds. In addition, Amazon imposes charges for storage of the merchandise presently amounting to approximately $80,000 per month. Olive Branch has paid its vendors for the Merchandise and has been deprived of the ability to sell that Merchandise to the customary purchasers thereof. Any destruction of the inventory, as threatened by Amazon, will further exacerbate Olive Branches damages.

37. Purchasing and acquiring Olive Branch’s Merchandise inventory currently held by Amazon was far from a simple task. The enormous size of the Merchandise inventory requires much advance planning in order to identify the vendors who are capable of supplying the volume

of inventory at the time the inventory is required. Planning the purchase of the inventory which was sent to Amazon for the holiday season 2024 commenced early in the year 2024 as vendors were approached, the inventory of Merchandise which Olive Branch required was identified and established, prices were negotiated, delivery dates were fixed, and financing was arranged for the purchases. The work and effort which went into this planning is vastly different than a consumer opening a computer, going to the Amazon website, selecting a product, ordering the item and receiving next day delivery.

First Cause of Action
(Breach of Contract)

38. Olive Branch repeats and realleges each of the allegations set forth in Paragraphs "1" to "37" of this Complaint with the same force and effect as if set forth at length herein.

39. Amazon has breached its contractual agreements and arrangements without justification for reasonable cause.

40. Olive Branch has fulfilled and complied with all of its contractual agreements and arrangements with Amazon.

41. Olive branch has been damaged in an amount to be established and proved upon the trial of this action but presently believed to be no less than $600,000 and in addition all further sums which become due and owing to Olive Branch on existing and future open claims.

Second Cause of Action
(Conversion)

42. Olive Branch repeats and realleges each of the allegations set forth in Paragraphs "1" to "41" of this Complaint with the same force and effect as if set forth at length herein.

43. Amazon has deliberately, willfully, and intentionally deprived Olive Branch of its possession of the Merchandise.

44. Without authorization Amazon has deprived Olive Branch of its possession of the Merchandise.

45. In retaining the Merchandise and threatening to destroy the Merchandise, Amazon has converted the Merchandise.

46. Olive Branch has been damaged in an amount to be proven upon the trial of this action but presently estimated to be no less than $4 million and for the wrongful conversion of the Merchandise, Olive Branch is entitled to recover from Amazon punitive damages of $5,000,000.

Third Cause of Action
(Injunctive Relief)

47. Olive Branch repeats and realleges each of the allegations set forth in Paragraphs "1" to "46" of this Complaint with the same force and effect as if set forth at length herein.

48. If Amazon is not enjoined by this Court from destroying the Merchandise, Olive Branch will sustain irreparable injury in the total destruction of its business for which Olive Branch does not have an adequate remedy at law.

49. Olive Branch is entitled to an injunction, permanently enjoining Amazon, its officers, employees, directors, agents, attorneys and all persons acting in concert with Amazon or under its dominion or control of Amazon from committing any acts or taking any steps, or doing anything to damage, destroy, or otherwise and impair any of the Merchandise.

50. Without in any manner limiting the foregoing relief, Olive Branch is entitled to an immediate Temporary Restraining Order and thereafter a Preliminary Injunction prohibiting Amazon, its officers, employees, directors, agents, attorneys and all persons acting in concert with Amazon or under its dominion or control from taking any acts, taking any steps, or doing anything to destroy the Merchandise of Olive Branch during the pendency of this lawsuit.

51. Olive Branch has no adequate remedy at law.

WHEREFORE, Olive Branch demands judgment as follows:

1. On the First Cause of Action a money judgment in favor of Olive Branch and against Amazon in an amount to be established and proven upon the trial of this action but presently believed to be no less than $600,000 and in addition all further sums which become due and owing to Olive Branch on existing and future open claims.

2. On the Second Cause of Action a money judgment in favor of Olive Branch and against Amazon in an amount to be proven upon the trial of this action but presently estimated to be no less than $4,000,000 and for the wrongful conversion of the Merchandise, Olive Branch is entitled to recover from Amazon punitive damages of $5,000,000.

3. On the Third Cause of Action an injunction, permanently enjoining Amazon, its officers, employees, directors, agents, attorneys and all persons acting in concert with Amazon or under its dominion or control of Amazon from committing any acts or taking any steps, or doing anything to damage, destroy, or otherwise and impair any of the Merchandise and without in any manner limiting the foregoing

relief, a Temporary Restraining Order and thereafter a Preliminary Injunction prohibiting Amazon, its officers, employees, directors, agents, attorneys and all persons acting in concert with Amazon or under its dominion or control from taking any acts, taking any steps, or doing anything to destroy the Merchandise of Olive Branch during the pendency of this lawsuit.

Designation of Trial Counsel

Avrom R Vann, Esq. is hereby designated as trial counsel.

Dated: January 10, 2025

AVROM R. VANN, P.C.
Attorney for Plaintiff
OLIVE BRANCH ENTERPRISES, INC.

By:____________________
Avrom R. Vann, Esquire
Office and Post Office Address
2University Plaza - Suite 600
Hackensack, New Jersey 07601
(212) 382-1700