UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| OLIVE BRANCH ENTERPRISES, INC., Plaintiff, | : | Case No. 25 Civ. 240 (VSB) |
| - against - | : | |
| AMAZON.COM SERVICES, INC., Defendant. | : | **NOTICE OF MOTION TO COMPEL ARBITRATION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and its support declarations and papers, Defendant Amazon.com Services LLC moves before the Honorable Vernon S. Broderick for an order pursuant to the Federal Arbitration Act, 9 U.S.C. § 4, compelling arbitration of Plaintiff Olive Branch Enterprises, Inc.'s claims. Amazon seeks a dismissal of this action, which is appropriate and serves judicial efficiency given that all claims are subject to arbitration and the parties are already engaged in pending arbitration.

Dated: New York, New York
February 28, 2025

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Geoffrey S. Brounell*

Geoffrey S. Brounell
Francesca Reifer
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Phone: (212) 603-6404
geoffreybrounell@dwt.com
francescareifer@dwt.com

John Goldmark (*pro hac vice forthcoming)*
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Phone: (206) 757-8068
johngoldmark@dwt.com

*Attorneys for Defendant Amazon.com Services LLC, incorrectly sued as Amazon.com Services, Inc.*