UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIVE BRANCH ENTERPRISES, INC.

Plaintiff,

AMAZON.COM SERVICES, INC.

Defendant.

Docket Number: 1:25-CV-00240-VSB

AFFIDAVIT IN OPPOSITION TO MOTION TO COMPEL ARBITRATION

STATE OF NEW YORK )
.ss:
COUNTY OF KINGS )

JOSEPH OBERLANDER, being duly affirmed, deposes and says:

1. I am the President and the sole owner of the Plaintiff, OLIVE BRANCH ENTERPRISES, INC. ("Olive Branch"). I execute and submit this Affidavit in opposition to the Motion (the "Motion") of the Defendant, Amazon Services LLC ("Amazon") seeking to stay in this lawsuit and to compel arbitration[1]. The Motion should be denied since, as will be demonstrated, there is no agreement between Amazon and Olive Branch which compels resolution of disputes by binding arbitration.

2. Olive Branch commenced this lawsuit seeking an Order to Show Cause with a Temporary Restraining Order to enjoin and prevent Amazon from destroying approximately $5 million worth of inventory belonging to Olive Branch, which Amazon had threatened to do. It is my understanding that after this lawsuit was commenced, the Court held a conference with my

[1] In commencing this lawsuit, I had named the Defendant as Amazon.com Services, Inc., a corporation. In responding to this lawsuit and in making the instant Motion, Amazon, which utilizes multiple different names, specifically identifies itself as Amazon Services, LLC, apparently a limited liability company.

attorney and attorneys for Amazon as a consequence of which Amazon submitted a letter to this Court advising that the inventory would be retained intact during the pendency of this lawsuit.

3. Olive Branch has had a business relationship with Amazon for approximately eight years. During this time Olive Branch has sold approximately $400 million of merchandise utilizing the Amazon portal and website. In consideration of its use of the Amazon portal and website to sell its merchandise, Olive Branch during the past approximately eight years has paid Amazon fees in excess of $100,000.00.

4. Olive Branch primarily sells small electronics utilizing the Amazon portal and website. The electronic products sold by Olive Branch are primarily manufactured by established companies known and familiar to consumers. The electronic products which are sold by Olive Branch include but are not limited to vacuum cleaners, coffee machines, electronic thermostats, copy machines, leaf blowers, computer screens, and mixers.

5. During this eight year association there have not been any major consumer complaints with respect to the products purchased from Olive Branch by consumers on the Amazon website. To the extent that purchasers of Olive Branch's products made any complaint, Amazon resolved those complaints directly with the consumers either by the item being replaced or by the processing of a refund. At no time did Amazon advise Olive Branch that consumer complaints were excessive, unfounded or were based upon receiving a product which was not as advertised and genuine.

6. Not once during the prior eight years did Amazon raise any issue with respect to the genuineness of the merchandise being offered for sale on its website by Olive Branch.

7. Periodically, from time to time, Amazon reviewed its relationship with Olive Branch. As part of these reviews, Olive Branch was requested to submit to Amazon copies of documentation consistent with Amazon's protocols. Olive Branch dutifully responded to all requests made of it by Amazon and supplied full documentation responding to each of Amazon's requests including items such as invoices for Olive Branch's purchase of the merchandise which were responsive to Amazon's request to identify Olive Branch's sources of supply. Amazon's requests historically were limited to a finite number of specific items of merchandise and for a reasonable time interval. Amazon never notified Olive Branch that it had any dissatisfaction with Olive Branch's response to the review, the documentation and information supplied, and most importantly Amazon never raised any issue or concern about the quality nor genuineness of the merchandise being offered for sale by Olive Branch on the Amazon website.

8. On June 25, 2023 Amazon notified Olive Branch that because Olive Branch had maintained a high Account Health Rating, Olive Branch was being enrolled by Amazon in Amazon's Account Health Assurance (AHA) (the AHA Program") status. The notification to Olive Branch, a copy of which is on file in this Court as DE 1-1[2] expressly stated:

> Dear Olive Branch Enterprises,
>
> Congratulations! Because you've maintained a high Account Health Rating, you're now enrolled in Account Health Assurance (AHA) (hereinafter the "AHA Program").
>
> With Account Health Assurance, we will not deactivate your selling account provided you work with us to resolve any issues. It is a new benefit designed to give you greater peace of mind as you grow your business with Amazon. There is no charge for AHA.

[2] References to documents beginning with the letters "DE" are to the document entries on the electronic filing system of the Court.

How does it work?

Any time we identify critical policy issues with your selling account, an account health specialist will personally review the issues and proactively work with you to resolve them. As long as we can reach you within 72 hours and you work with us to resolve the issues, your account will not be deactivated. (Emphasis added)

Our team will contact you on the emergency contact number you've provided, so please make sure that it is always up to date in Notification Preferences.

As a reminder, you also have access to Account Health Support if you have any questions, want help addressing issues, or advice on maintaining great account health. Use the "Call Me Now" button on your Account Health page in Seller Central to reach us. You can find more information about the program on the help article, and you can monitor your account health performance to ensure you have uninterrupted access to the program on the eligibility page.

Do I need to do anything to maintain my AHA enrollment status?

In addition to working with us within 72 hours when we reach out to you to resolve issues, you must continue to maintain an AHR score of 250 or more for at least 6 months with no more than 10 days below 250, and have a valid emergency contact number on file.

Thank you for all you do to help us keep Amazon a safe and trustworthy place to shop. We value your business.

Sincerely,

Amazon

9. Obviously, achieving and being enrolled in the AHA Program was a milestone in the relationship enjoyed by Olive Branch with Amazon. It provided not only certainty but an assurance to Olive Branch of continuity of business without disruption and a further assurance that should any issues arise they would be resolved in accordance with the terms of the AHA Program and that Olive Branch would not be subject to a freezing of its account without prior

notice, something which Amazon vendors have been subject to in the past and continue to be subject to at present.

10. Communications between Olive Branch and Amazon are conducted on the Amazon portal. Documentation exchanged between Olive Branch and Amazon such as invoices, reports, inventory status, status of payments, and many other exchanges during the ordinary course of business all take place by communicating on the Amazon portal. Utilizing the portal, which I would regularly review, I was able to observe the quantity and volume of customer orders, inventory balances, funds received for my account by Amazon and many other items of like import. As I was looking at the portal on October 25, 2024, I was startled to see that Olive Branch's inventory was placed on "reserve" status. I realized immediately that Amazon would not be accepting customer orders for Olive Branch's merchandise nor shipping any of the merchandise to customers. Obviously, this was nothing other than a full disaster. Moreover, it came as a complete shock since there had been no indication to me of any issues or concerns about Olive Branch's merchandise and in view of our enrollment in Account Health Assurance program, Olive Branch relied upon Amazon's commitment that it would not deactivate Olive Branch's selling account provided that Olive Branch worked with Amazon to resolve any issues. Amazon had assured Olive Branch that at any time it identified any critical policy issues with Olive Branch's selling account, an account health specialist will personally review the issues and proactively work with Olive Branch to resolve them. Amazon had clearly stated that as long as we can reach you within 72 hours and you work with us to resolve the issues, your account will not be deactivated. Contrary to its written undertaking and agreement, Amazon had not given any prior advance indication to Olive Branch that any issues existed

pertaining to Olive Branch's merchandise. Prior to my observing on the Amazon portal that Olive Branch's products were on "reserve status", no indication was given by Amazon to Olive Branch of any potential issues with the products being sold by Olive Branch nor was any attempt made to contact Olive Branch to seek to proactively work with Olive Branch for a resolution.

11. I immediately reacted by sending an email on Monday, October 28, 2024 to Charles Wright, who I understood to be a member of Amazon's Legal team, a copy of which is on file on the electronic filing system of the Court as DE 1-3, in which I specifically stated that I had absolutely no advance warning of any such restrictive steps to be taken by Amazon and, to the contrary Olive Branch had just completed a very satisfactory review of the type periodically conducted by Amazon. My email to Charles Wright stated:

> Hello Charles
>
> Forgive me for reaching out directly to you, but I would need your help with kindly looking into this matter.
>
> Im a substantial seller, doing millions per year in sales. I currently have $7million worth of goods at FBA.
>
> Yesterday, out of the blue, I noticed that MOST of my inventory is suddenly gone from active FBA selling status, and marked as IN RESERVED status.
>
> This means, my daily sales suddenly went from $70k to a mere $2k per day. I cannot continue running my business whilst generating 2% of my usual cashflow. I have no operational income if Amazon has moved five million dollars worth of goods into reserved.
>
> I have no idea what prompted this. I received no email. No phone call. No nothing from Amazon explaining this sudden action.
>
> It all seems like a huge mistake.
>
> Some background: About 2 weeks ago, I had a successful video interview with abueck@amazon.com. This guy stated that I have successfully passed my

verification interview and he stated that Amazon is happy with my documents, my suppliers, and my selling processes. What's more - I discussed exactly this problem with this Amazon representative. I explained that it is very difficult being an Amazon Selling Partner with little to NO communication before any drastic action is taken on my account. I can hardly sleep at night due to this lack of communication with legitimate third party selling partners like myself. This rep agreed and explained that efforts will be made to improve the communication on Amazon's part, to alleviate some of the drastic draconian actions sometimes happening by Amazon.

And a mere 2 weeks later, I am finding myself in this situation with Five Millions dollars worth of goods suddenly moved completely away from sellable, essentially frozen and locked at FBA.

I am hopeful, Charles, that this is a mistake and a quick review of my account will help to move all my goods back to Sellable.

I am happy to provide any information you wish. Please communicate with me and look into this so this urgent matter can be resolved swiftly.

Thank you

Joseph Oberlander

Olive Branch Enterprises

12. Although Charles Wright promptly responded that he would look into it, notwithstanding my multiple subsequent requests to him and others at Amazon I never received any response from him or them.

13. When I did not receive a response to my October 28, 2024 email to Charles Wright, I sent an email to David Zapolsky at Amazon, a copy of which is on file on the electronic filing system of the Court as DE 1-4. In that email I implored him to investigate the matter and to rectify the matter. My email to Mr. Zapolsky stated:

From: Olive Branch <olivebranchents@gmail.com>
Sent: Tuesday, November 5, 2024 6:23 PM
To: Davidz@amazon.com

Subject: $5mm in FBA reserved inventory. Suddenly!

Mr Zapolsky,

I have no idea why suddenly, one day last week, 90% of my active, sellable inventory was unexplainably moved to Reserved status.

This means, I'm now operating at a fraction of my usual capacity with very low sales.

This all seems like a big mistake.

5 million dollars worth of goods is now marked as reserved. This is a huge sum and a huge issue for me.

I need urgent help to fix this issue please.

I've emailed Charles Wright who promised to look into the matter for me. This was last week and for some reason, since then, I've been unable to reach him.

So far, the issue persists.

This is super urgent and I'd greatly appreciate an emergency fix.

Thank you

Joseph

14. When I did not receive a response to my October 28, 2024 email to Charles Wright nor to my email of November 5, 2024 to David Zapolsky, I sent an email to A. Jassey, whom I understood to be one of the executives at Amazon. In this email, a copy of which is on file on the electronic filing system of the Court as DE 1-5. I specifically discussed the fact that Amazon had moved $5 million worth of my merchandise goods from active status to reserve resulting in Olive Branch now having a fraction of the sales it used to have and that this was done

without any advance notification to Olive Branch with no information provided to Olive Branch.

The email stated:

> From: Olive Branch <olivebranchents@gmail.com>
> Sent: Monday, November 11, 2024 4:31 PM
> To: ajassy@amazon.com
> Subject: $5mm worth of inventory suddenly moved to reserved status. No sales!
> Dear Exec Jassy
> Please could you help me and assign someone on your team to look into my pressing matter?
>
> Amazon moved $5 million worth of my FBA goods from active status to reserved.
>
> This means, I now have a fraction of the sales a used to have.
>
> This seems like an error on Amazon's part as there was no email or notification sent to me.
>
> No information given whatsoever.
>
> If Amazon wishes to review my inventory, no problem, but I Shou (sic) at least be notified of such and requested information.
>
> My inventory is frozen indefinitely with no one to speak to. I've emailed repeatedly. The last was an email I sent to Mr Zapolsky which went unanswered.
>
> I also emailed Mr Wright who promised to look into the issue for me, but since then, two weeks ago, I have heard nothing.
>
> This is beyond urgent.
>
> As of 2 days ago, Amazon has started charging me for storage fees.
>
> This is insane. I cannot operate my business like this. I need my sales and cashflow in order to fund my business. Please fix urgently.
>
> Thank you
>
> Joseph Oberlander

15. Vastly complicating this entire situation is a request (the "Request") received from Amazon on Monday, December 23, 2024 seeking an enormous amount of documentation for a vast number of items of merchandise. The Request, a copy of which is on file on the electronic filing system of the Court as DE 1-6, requested an immense amount of documentation for each of 407 separate items of merchandise offered for sale by Olive Branch on Amazon. The Request further advised that the response of Olive Branch was due within 30 days and if the response was not made that Amazon would destroy all of the merchandise inventory of Olive Branch. The Request stated:

> Hello Olive Branch Enterprises,
>
> We are writing to let you know that you have Fulfillment by Amazon inventory that is under review for authenticity. During this review, your listings may be deactivated and you will be unable to initiate a removal request for any impacted inventory. This review is separate from any action regarding the status of your account. If you do not respond to this message within 30 days, your inventory will be destroyed in accordance with the "Unsuitable inventory investigations policy".
>
> Your response should address all of the following ASIN(s):

[ASIN(s) are identifying numbers used by Amazon to describe each separate item of Merchandise. The Request listed 407 ASIN(s)].

The Request further offered what is clearly a blanket explanation as to why the information was being requested (basically a boiler plate) stating:

> Why is this happening?
>
> We are considering this action because we have determined that your inventory may be counterfeit. The sale of counterfeit products is strictly prohibited, and items sold on Amazon must adhere to all applicable laws and Amazon policies. Failure to abide by these policies may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfilment centres and other legal consequences.
>
> How do I demonstrate authenticity?

In order to demonstrate the authenticity of your inventory, please provide supply chain documents demonstrating that your inventory consists of genuine products. A plan of action is not necessary, and there is no required format for your response. Please submit documents such as:

– Invoices and receipts. You may remove pricing information, but the rest of the document must be visible. For ease of our review, you may highlight or circle the ASINs under review.
– Supplier information including supplier name, supplier phone number, supplier address and website.
– Item descriptions.
– Item quantities
– Import or export documents such as bills of lading, commercial invoices and packing lists.
– Brand letters authorising your use of trademark, design, patent or copyright.

You should only send .pdf, .jpg, .png or .gif files. These documents must be authentic and unaltered.

How do I send the required information?
Within 30 days of this notification, submit this information to mailto:inventory-appeals@amazon.com.

What happens if I do not send the requested information?
If within 30 days of the original notification we do not receive the requested information or if you are unable to demonstrate the authenticity of your products, the relevant inventory under review may be destroyed in accordance with the "Unsuitable inventory investigations policy".

We are here to help:
If you have questions, please review the following policies on Seller Central:

– Unsuitable inventory investigations policy at https://sellercentral.amazon.com/gp/help/H4YYXNDRW9BSZEN
– Amazon Anti-Counterfeiting Policy at https://sellercentral.amazon.com/gp/help/201165970

Has this review been conducted in error?

– If you believe that the products under review are authentic, and are permitted for sale on Amazon, please include evidence or documentation demonstrating that your account has not violated our policies listed above and we will investigate.
– If we confirm that your products do not violate our policies, we will release the inventory to you upon completion of our review.

Regards,
Amazon Services

16. In the Request Amazon did not identify a single item of merchandise which it believed to be counterfeit, did not identify a single invoice which it contended was not genuine, nor did Amazon provide any explanation as to why this massive, burdensome and extraordinary Request was being made shortly after a regular routine examination conducted by Amazon concluded that Olive Branch was operating consistent with Amazon's policies, rules and procedures.

17. On January 2, 2025 Amazon responded stating that Amazon received our submission but we are unable to reactivate your account. Amazon continued saying that upon review Olive Branch's account, Amazon confirmed that Olive Branch's seller account has been used to engage in deceptive, fraudulent, or illegal activity that harms our customers, other selling partners, and our store. Additionally, the impacted inventory that is listed at the end of the notification may be disposed in accordance with the "Unsuitable Inventory Investigations Policy". Once again, this latest email from Amazon, a copy of which is on file on the electronic filing system of the Court as DE 1-7, did not provide any details of the alleged deceptive, fraudulent or illegal activity making it impossible to Olive Branch to provide Amazon with documentation to refute its allegations. Once again Amazon reiterated that it intends to dispose of Olive Branch's inventory of merchandise. The January 2, 2025 email stated:

From: Amazon <no-reply@amazon.com>
Sent: Thursday, January 2, 2025 9:01 AM
To: olivebranchents@gmail.com
Subject: Your Amazon.com Seller Account

Dear Seller,

We received your submission but we are unable to reactivate your account. Upon review of your account, we confirmed that your Amazon seller account has been used to engage in deceptive, fraudulent, or illegal activity that harms our customers, other selling partners, and our store. Additionally, the impacted inventory that is listed at the end of the notification may be disposed in accordance with the "Unsuitable Inventory Investigations Policy". Our policy can be found here:
https://sellercentral.amazon.com/help/hub/reference/GH4YYXNDRW9BSZEN.

Why is this happening?
Your Amazon seller account has been deactivated in accordance with section 3 of Amazon Business Solutions Agreement.

You can also visit the "Selling Policies and Seller Code of Conduct" Amazon policy:
https://sellercentral.amazon.com/gp/help/G1801

Thank you,
Amazon

18. Until today, Oliver Branch is precluded from selling its merchandise on Amazon. Four to Five Million ($4,000,00 to $5,000.000) dollars of inventory is frozen, not being able to be sold, which is devastating to Olive Branch. Meanwhile, Olive Branch is being charged by Amazon for storage fees and Olive Branch is paying interest on loans made to it to finance its purchase of the inventory which Olive Branch expected to repay from the anticipated proceeds of the sale of the inventory on Amazon. This entire situation is bizarre. After eight years of doing business together, after being praised by Amazon for the manner in which Olive Branch transacts business, after being assured that Amazon would not take any such drastic steps without first communicating with Olive Branch and trying to resolve in good faith any issues which might arise, to suddenly be confronted with substantially all merchandise being placed on “reserve”,

and being presented with a list of 407 different items requiring a massive amount of document assembly and production and obtaining documents from third parties and particularly so where Amazon did not identify even a single counterfeit item and based the Request solely upon its undocumented and unsupported determination “that your inventory may be counterfeit”, is hardly a good faith, bona fide, reasonable and responsible manner of conducting business. Moreover even though Amazon relented upon being contacted by this Court, its notifying Olive Branch that merchandise inventory presently valued at no less than $4,000,000 to $5,000,000 will be destroyed, without even affording Olive Branch an opportunity to reclaim the merchandise, is unreasonable, arbitrary and unconscionable.

19. Exacerbating the these wrongdoings, and notwithstanding that by letter dated January 16, 2025 [DE 9], Amazon assured that this Court that during the pendency of this lawsuit the inventory is secure and would not be destroyed, Olive Branch has now received a further notification that if it does not comply with Amazon’s demands the inventory is subject to destruction. The January 16, 2025 letter from counsel for Amazon to this Court stated:

> Pursuant to the Court’s January 14, 2025 Order (Dkt. No. 8), I write to confirm that the inventory associated with Plaintiff Olive Branch Enterprises’ third-party selling accounts with Amazon (Seller IDs: A3E5DIZS2QHAR9 and A2KRHWP9LC2X1L) is under quarantine and will remain quarantined pending resolution of the underlying arbitration between the parties currently proceeding with the American Arbitration Association, styled Olive Branch

> Enterprises, Inc. v. Amazon.com Services, Inc., Case No. 01-24-0008-9112.

20. Notwithstanding this assurance, by email sent to Olive Branch just last week on March 20, 2025, a copy of which is annexed hereto as Exhibit "A", Amazon once again has threatened to destroy the inventory. This most recent notification states in pertinent part:

> What happens if I do not sign up for my interview or my verification is not successful?
>
> If you do not schedule an appointment using the Virtual Identity Verification Form within 14 days of receiving this notification or if your verification is not successful, <u>your inventory under review may be disposed of</u> in accordance with Section F.7.2 of the Amazon Services Business Solutions Agreement and the Unsuitable Inventory Investigations Policy (Emphasis added).

21. Now, recognizing that its conduct is unjustified and unreasonable, fearing the consequences of litigating in a Court of law, Amazon incorrectly asserts that it has a binding agreement with Olive Branch to arbitrate disputes. I respectfully refer this Court to the accompanying Affirmation of Avrom R. Vann, Esquire which will demonstrate that the arbitration agreement relied upon by Amazon is not applicable to the AHA Program and that accordingly there is no binding agreement to arbitrate disputes, and therefore the Motion should be denied and Amazon shall be required to litigate the issues in this case in this Court.

22. I hereby affirms under the penalties of perjury that all of the statements contained in this Affidavit are true and correct to the best of my knowledge and belief.

WHEREFORE, I respectfully request this Court to enter an Order denying the Motion, setting a date by which Amazon will be required to file its Answer to the Complaint herein [DE-1], and containing such other and further relief in favor of Olive Branch as this Court may determine to be just and proper .

J.O.

Joseph Oberlander