# FW: Your FBA Inventory

From: olivebranchents@gmail.com

To: a2442@aol.com

Date: Monday, July 7, 2025 at 01:15 PM EDT

**From:** Amazon <inventory-appeals@amazon.com>
**Sent:** Friday, July 4, 2025 10:17 AM
**To:** olivebranchents@gmail.com
**Subject:** Your FBA Inventory



Hello,

We are writing to follow up on the email we sent you 25 days ago regarding the authenticity of the ASINs listed below in Amazon fulfillment centers. Respond to this email within 05 days. Otherwise, your inventory will be disposed of in accordance with the unsuitable inventory investigations policy.

Your response should address all of the following ASINs:

ASIN: B00AQUO5RI
Qty: 1991
ASIN: B0758B1S5X
Qty: 1944
ASIN: B016NZGL9O
Qty: 903
ASIN: B08559K7CN
Qty: 731
ASIN: B01MCYJN9X
Qty: 638
ASIN: B01M9FFL35
Qty: 612
ASIN: B09J88GNW3
Qty: 573
ASIN: B099YT9MYG
Qty: 510
ASIN: B0973YH74Z
Qty: 499
ASIN: B07WL4JNH7
Qty: 497
ASIN: B08CC4TZPD
Qty: 453
ASIN: B09XBLHVPB
Qty: 449
ASIN: B08DCL5ZDX
Qty: 440
ASIN: B08SJ6L9MT
Qty: 345

ASIN: B0CB9DJL71
Qty: 296
ASIN: B088C6VTKY
Qty: 284
ASIN: B00G5YOVZA
Qty: 276
ASIN: B01K2FQ4DE
Qty: 272
ASIN: B074MQBTFX
Qty: 268
ASIN: B09NMMN9W8
Qty: 245
ASIN: B07S65293D
Qty: 237
ASIN: B07SCGY2H6
Qty: 213
ASIN: B09NMKGRMZ
Qty: 201
ASIN: B09VT6X7ZV
Qty: 197
ASIN: B09ZYXL544
Qty: 180
ASIN: B0BSL7WW51
Qty: 171
ASIN: B07Q4WZF4F
Qty: 163
ASIN: B01M68TFFD
Qty: 158
ASIN: B0927GSS6C
Qty: 156
ASIN: B08X225YHG
Qty: 154
ASIN: B08HRQV5V8
Qty: 152
ASIN: B09M47L4HN
Qty: 150
ASIN: B0937Z63SR
Qty: 145
ASIN: B07G3V9K17
Qty: 140
ASIN: B09G5W9R6R
Qty: 137
ASIN: B07TVG85N3
Qty: 137
ASIN: B0B89P16MC
Qty: 126
ASIN: B09LK73VHG
Qty: 125
ASIN: B07FX5K4D6
Qty: 117
ASIN: B085D4MFS8
Qty: 111
ASIN: B08SHR1QFS
Qty: 111
ASIN: B09NML4YKL
Qty: 109
ASIN: B079GV6Z6Z
Qty: 106
ASIN: B0CNL2KCVR
Qty: 102
ASIN: B09B82LJ21
Qty: 102

ASIN: B09WZJLHFL
Qty: 100
ASIN: B09P9V1N7S
Qty: 95
ASIN: B0B9HY3614
Qty: 92
ASIN: B00939FV8K
Qty: 86
ASIN: B08QZTMWB7
Qty: 85
ASIN: B07VH2CXPJ
Qty: 85
ASIN: B01FYIAQA6
Qty: 80
ASIN: B018IQG920
Qty: 74
ASIN: B0892TYT2M
Qty: 67
ASIN: B0002VAFWA
Qty: 65
ASIN: B079N68GS7
Qty: 64
ASIN: B07S864GPW
Qty: 64
ASIN: B09NMLNC95
Qty: 62
ASIN: B0B7BS3R3P
Qty: 57
ASIN: B09HLB4DP4
Qty: 53
ASIN: B08QZVSC8D
Qty: 49
ASIN: B085WBL16G
Qty: 49
ASIN: B0CHLD2P7B
Qty: 49
ASIN: B07S85TPLG
Qty: 46
ASIN: B08MGYR9SX
Qty: 45
ASIN: B015YUDYVM
Qty: 42
ASIN: B096X9LGJ1
Qty: 42
ASIN: B07PDNS5CZ
Qty: 41
ASIN: B089X2NKFV
Qty: 41
ASIN: B089TQB1RB
Qty: 40
ASIN: B004N85E56
Qty: 39
ASIN: B08GGBZNZ5
Qty: 39
ASIN: B0942SYJHY
Qty: 39
ASIN: B01C2OWMGQ
Qty: 39
ASIN: B00KR1O0JY
Qty: 34
ASIN: B0B9CZ6XBQ
Qty: 33

ASIN: B0CCC3DSJZ
Qty: 32
ASIN: B08VD9BMZW
Qty: 31
ASIN: B07W69LJ41
Qty: 31
ASIN: B07KGXQ6WL
Qty: 31
ASIN: B0BSNBVCBV
Qty: 28
ASIN: B07DR69VLJ
Qty: 28
ASIN: B07Q9MTXTW
Qty: 25
ASIN: B08R813HLW
Qty: 24
ASIN: B09TM8XRND
Qty: 23
ASIN: B07Y5QDFTY
Qty: 22
ASIN: B0BZ9XNBRB
Qty: 21
ASIN: B08CMVGVQY
Qty: 20
ASIN: B07B8P9JTQ
Qty: 18
ASIN: B07R9QJS9L
Qty: 17
ASIN: B088XW3HND
Qty: 17
ASIN: B08CSVDHTR
Qty: 17
ASIN: B0B1WS4FQ2
Qty: 17
ASIN: B07QXM2V6X
Qty: 17
ASIN: B089TQWJKK
Qty: 17
ASIN: B07QLVHBLF
Qty: 15
ASIN: B01D6JEMWS
Qty: 14
ASIN: B08KYFKKH6
Qty: 13
ASIN: B09BSMFRYJ
Qty: 13
ASIN: B083QYF81D
Qty: 13
ASIN: B0CCBNF8BK
Qty: 13
ASIN: B0B1LZMH78
Qty: 12
ASIN: B09VPQY8KD
Qty: 12
ASIN: B07SH37MFG
Qty: 11
ASIN: B08R118GZM
Qty: 11
ASIN: B0B89C8H4Q
Qty: 10
ASIN: B07S1CPCZ8
Qty: 10

ASIN: B06XDRP59Y
Qty: 10
ASIN: B0CMRZKFXT
Qty: 10
ASIN: B00SMLKEPA
Qty: 9
ASIN: B082DJMLCD
Qty: 9
ASIN: 1954294360
Qty: 9
ASIN: B0CNL21LR4
Qty: 9
ASIN: B0B1319VJ4
Qty: 9
ASIN: B09KRKD3P2
Qty: 9
ASIN: B09N41RC6L
Qty: 8
ASIN: B078MLBGRM
Qty: 7
ASIN: B01A7RUH8U
Qty: 7
ASIN: B08C4LC7TG
Qty: 6
ASIN: B0C251LGZ2
Qty: 6
ASIN: B07YZLM3DN
Qty: 6
ASIN: B07GV2S1GS
Qty: 6
ASIN: B083R46983
Qty: 6
ASIN: B07YLV47RQ
Qty: 5
ASIN: B07GQ2SN6S
Qty: 5
ASIN: B079WD2QZN
Qty: 5
ASIN: B08FWNNWTB
Qty: 5
ASIN: B08KTWXCZT
Qty: 5
ASIN: B06ZZY8KDL
Qty: 5
ASIN: B08G5VMGYX
Qty: 5
ASIN: B07H344W3Q
Qty: 4
ASIN: B007TIE0GQ
Qty: 4
ASIN: B07D46SQ63
Qty: 4
ASIN: B07FKBNCKZ
Qty: 4
ASIN: B085SBTSBD
Qty: 4
ASIN: B096N828X5
Qty: 4
ASIN: B085SC42Q9
Qty: 4
ASIN: B0131RG6VK
Qty: 4

ASIN: B08V8SWG1H
Qty: 4
ASIN: B09WNG9QWR
Qty: 4
ASIN: B07XS5Z4BX
Qty: 4
ASIN: B0B5JMNGNQ
Qty: 4
ASIN: B0B4YH8JJ1
Qty: 4
ASIN: B01BGBJ8Y0
Qty: 3
ASIN: B07W4XYTPY
Qty: 3
ASIN: B0727R431B
Qty: 3
ASIN: B08R58D9FH
Qty: 3
ASIN: B01A7RUFWI
Qty: 3
ASIN: B07KQH6G63
Qty: 3
ASIN: B01JRT2WOG
Qty: 3
ASIN: B0B1JPPG2L
Qty: 3
ASIN: B07YN9HY63
Qty: 3
ASIN: B07RQ366VK
Qty: 3
ASIN: B01K4CZOBS
Qty: 3
ASIN: B084GY57Y5
Qty: 3
ASIN: B07ML6NXPS
Qty: 3
ASIN: B07FTK45WT
Qty: 3
ASIN: B07QCW1MZX
Qty: 2
ASIN: B07QK2KDYC
Qty: 2
ASIN: B07NFRP2RK
Qty: 2
ASIN: B01MDR7J3B
Qty: 2
ASIN: B00R92CLD6
Qty: 2
ASIN: B08JY6RMG9
Qty: 2
ASIN: B0BN6ZZG8V
Qty: 2
ASIN: B0768NNG4X
Qty: 2
ASIN: B08GGDT47N
Qty: 2
ASIN: B086LLWG2N
Qty: 2
ASIN: B08WJMN2YG
Qty: 2
ASIN: B00M66B2CQ
Qty: 2

ASIN: B016SJHAOA
Qty: 2
ASIN: B09LK1P1RD
Qty: 2
ASIN: B0C8VHZR14
Qty: 2
ASIN: B09WZ13CBS
Qty: 2
ASIN: B01IIOMMRS
Qty: 2
ASIN: B08B3G74MY
Qty: 2
ASIN: B09N3YS882
Qty: 2
ASIN: B07YNQP54K
Qty: 2
ASIN: B00ZWOUH4S
Qty: 2
ASIN: B00KA8YC6A
Qty: 2
ASIN: B08FP95RQD
Qty: 2
ASIN: B072X1MCK9
Qty: 2
ASIN: B01M715YU0
Qty: 2
ASIN: B09CTM8FQ3
Qty: 2
ASIN: B07SZW49XJ
Qty: 2
ASIN: B07YMFZ28Q
Qty: 2
ASIN: B07NQT85FC
Qty: 2
ASIN: B08V2ZGBNK
Qty: 2
ASIN: B082X17B8P
Qty: 2
ASIN: B07YFFK51S
Qty: 2
ASIN: B0798FVY69
Qty: 2
ASIN: B07PDFBJZD
Qty: 2
ASIN: B07MYL7KVK
Qty: 2
ASIN: B086LLSZKP
Qty: 2
ASIN: B088B9S52T
Qty: 1

Why is this happening?
We are considering this action because we have determined that your inventory may be unsuitable. The sale of unsuitable products is strictly prohibited and items sold on Amazon must adhere to all applicable laws and Amazon policies.
Failure to abide by these policies may result in disposal of your inventory in our fulfillment centers.

How do I demonstrate authenticity?
In order to demonstrate the authenticity of your inventory, provide supply chain documents that demonstrate your inventory are genuine products and that a plan of action is not necessary. You can submit the following documents:

-- Invoices and receipts. You may remove pricing information, but the rest of the document must be visible. For ease of our review, you may highlight or circle the ASINs under review.
-- Supplier information including the supplier name, supplier phone number, supplier address, and website.
-- Item descriptions.
-- Item quantities.
-- Import or export documents such as bills of lading, commercial invoices, and packing lists.
-- Brand letters authorizing your use of third-party intellectual property.

 You should only send .pdf, .jpg, .png, or .gif files. These documents must be authentic and unaltered. Note that we do not accept proforma invoices.

How do I send the required information?
Within 05 days of receiving this notification, submit this information to inventory-appeals@amazon.com.

What happens if I do not send the requested information?
If within 05 days we do not receive the requested information or if you are unable to demonstrate the authenticity of your products, the relevant inventory under review may be disposed of.

We're here to help
If you have questions, you can review the following policies on Seller Central:
-- "Unsuitable inventory investigations policy":
https://sellercentral.amazon.com/gp/help/H4YYXNDRW9BSZEN
-- "Amazon Anti-Counterfeiting Policy":
https://sellercentral.amazon.com/gp/help/201165970

Has this review been conducted in error?
If you believe the products that are under review are authentic and are permitted for sale on Amazon, please include evidence or documentation demonstrating that your account has not violated the policies listed above and we will investigate.
If we confirm that your products do not violate our policies, we will release the inventory to you upon the completion of our review.
Sincerely,

Seller Perfomance Team
Amazon.com

SPC-USAmazon-263884913270767