UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                       :
OLIVE BRANCH ENTERPRISES, INC.,    :
                                                       :
                                      Plaintiff,              :
                                                         :               25-CV-240 (VSB)
                                 -against-               :
                                                         :               **ORDER OF REFERENCE**
AMAZON.COM SERVICES, INC.,             :
                                                         :
                                         Defendant.             :
                                                         :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.
Dated:     December 17, 2025
             New York, New York

                                                                       _____
                                                                       Vernon S. Broderick
                                                                       United States District Judge