**Davis Wright Tremaine LLP**

42nd Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Geoffrey Brounell**
(212) 603-6404 tel

GeoffreyBrounell@dwt.com

April 1, 2026

*Via ECF*

Honorable Robyn F. Tarnofsky
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 703
New York, NY 10007-1312

Re:   ***Olive Branch Enterprises, Inc. v. Amazon.com Services Inc.*, Case No. 25 Civ. 240 (VSB) (RFT)**

Dear Judge Tarnofsky:

Pursuant to the Court's February 18, 2026 Opinion and Order (Dkt. No. 33), counsel for Amazon and Olive Branch write jointly to provide the following monthly status update:

Olive Branch has filed an arbitration demand with the AAA.  Amazon submitted its Answer to the demand on March 27, 2026.

Respectfully Submitted,

Davis Wright Tremaine LLP

*s/ Geoffrey S. Brounell*

Avrom R. Vann, P.C.

*s/ Avrom R. Vann*