**Davis Wright Tremaine LLP**

42nd Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Geoffrey Brounell**
(212) 603-6404 tel
(212) 379-5243 fax

GeoffreyBrounell@dwt.com

July 1, 2026

*Via ECF*

Honorable Robyn F. Tarnofsky
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 703
New York, NY 10007-1312

Re:  *Olive Branch Enterprises, Inc. v. Amazon.com Services Inc.*, **Case No. 25 Civ. 240 (VSB) (RFT)**

Dear Judge Tarnofsky:

Pursuant to the Court's February 18, 2026 Opinion and Order (Dkt. No. 33), counsel for Amazon and Olive Branch write jointly to provide the following status update:

The parties attend a preliminary conference with the arbitrator on June 9, 2026. At Plaintiff's request, the parties are briefing the arbitrability of Plaintiff's claims. The parties are simultaneously exchanging briefs on August 14th and reply briefs are due on September 14th.

Respectfully Submitted,

Davis Wright Tremaine LLP

*s/ Geoffrey S. Brounell*

Avrom R. Vann, P.C.

*s/ Avrom R. Vann*