Davis Wright Tremaine LLP

42nd Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Geoffrey Brounell**
(212) 603-6404 tel
(212) 379-5243 fax

GeoffreyBrounell@dwt.com

October 30, 2026

***Via ECF***

Honorable Robyn F. Tarnofsky
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 703
New York, NY 10007-1312

Re: ***Olive Branch Enterprises, Inc. v. Amazon.com Services Inc.*, Case No. 25 Civ. 240 (VSB) (RFT)**

Dear Judge Tarnofsky:

Pursuant to the Court's February 18, 2026 Opinion and Order (Dkt. No. 33), counsel for Amazon and Olive Branch write jointly to provide the following status update:

On October 22, 2026, Arbitrator Peter J. Pettibone, issued an Order and Award on Arbitrability (the "Order") in which he concluded that Olive Branch's claims against Amazon are arbitrable pursuant to the terms of the Amazon Business Solutions Agreement and the Federal Arbitration Act. Arbitrator Pettibone's Order is attached to this letter as Exhibit A. On October 23, 2026, the American Arbitration Association ("AAA") sent a letter to the parties stating that it would be closing the case. The letter the parties received from the AAA is attached here as Exhibit B.

Counsel for Olive Branch has reached out to the attorney at our firm who is directly responsible for the handling of this case to discuss the manner in which the parties will proceed. Our attorney responded that she is actually engaged in a trial and will respond as soon as she becomes available.

Respectfully Submitted,

Davis Wright Tremaine LLP

*s/ Geoffrey S. Brounell*

Avrom R. Vann, P.C.

*s/ Avrom R. Vann*