# EXHIBIT B

AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

Northeast Case Management Center
Elizabeth Corsetti, JD
Assistant Vice President
1301 Atwood Avenue
Johnston, RI 02919

October 23, 2026

Avrom R. Vann, Esq.
Avrom R Vann PC
2 University Plaza
Suite 600
Hackensack, NJ 07601
Via Email to: a2442@aol.com

John A. Goldmark, Esq.
Davis Wright Tremaine, LLP
920 5th Avenue
Suite 3300
Seattle, WA 98104-1610
Via Email to: Johngoldmark@dwt.com

Case Number: 01-26-0001-0740

Olive Branch Enterprises, Inc.
-vs-
Amazon.com Services, Inc.

Dear Parties:

The American Arbitration Association (AAA) hereby transmits the enclosed duly executed award in the above-referenced matter. Please direct all further communication to the AAA. The parties will have no further direct communication with the arbitrator.

The AAA has conducted a financial reconciliation, and each party will receive a separate accounting for this matter based on that reconciliation.

Please note that the AAA WebFile® ECF Guidelines will not apply after closing of the case. Therefore, any additional submissions from the parties in this matter should be submitted via email to the AAA, with copies sent to all other parties.

Pursuant to AAA policy, in the normal course of our administration, we may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of documents that the AAA maintains indefinitely in our system, the AAA may destroy electronic case documents 18 months after the date of this correspondence.

We appreciate the opportunity to assist you in resolving your dispute. As always, please do not hesitate to contact me if you have any questions.

Sincerely,

/s/

Kimberly Ramsey
Senior Case Administrator
Direct Dial: (401)868-4700
Email: KimberlyRamsey@adr.org

cc: Geoffrey Brounell, Esq.
Emily Eskew
Annamaria Taskai, Esq.

Molly Tullman, Esq.
Peter J. Pettibone, Esq.